HARRIET E. HARING, Respondent, *v.* BROOKLYN HEIGHTS RAILROAD COMPANY et al., Appellants.

*Haring* v. *Brooklyn Heights R. R. Co.*, 160 App. Div. 907, affirmed. (Submitted October 18, 1917; decided November 2, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 7, 1914, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to remove a cloud on the title of the plaintiff's alleged property by setting aside and declaring null and void the sheriff's sale of said property to defendant Leggatt in satisfaction of a judgment of the defendant railroad against Edward B. Haring, the plaintiff's husband. It appeared that plain-

tiff gave to her husband certain money to pay part of the purchase price of the property in question; he procured the contract of sale in his own name, without authority from the plaintiff to do so, and without her knowledge; she never saw the contract, her husband having signed it for her without mentioning himself as representing her. On the day of the closing she delivered the balance of the purchase price to the lawyer drawing the deed. When he handed her the same she learned for the first time that her husband's name appeared as the grantee. To this she objected and insisted that as her money paid for the property, it should be in her name. Whereupon a new deed, from her husband to her, was executed and both deeds recorded at once. Upon the date of the conveyance the defendants had a judgment against the plaintiff's husband, Haring. It was their contention that this judgment became a lien upon the premises in question the instant the deed was made out in the name of the husband.

*George D. Yeomans* and *Mortimer B. Hoffman* for appellants.

*John M. Gardner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ. Not sitting: COLLIN, J.